464 A.2d 543

Commonwealth v. Zehring, Jr., Appellant.

Argued April 13, 1983. Larry B. Maier, for appellant; Richard A. Sheetz, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and POPOVICH, JJ.

Judgment of sentence affirmed.